UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Peterson, et al.,
for and on behalf of themselves
and other persons similarly
situated,
       Plaintiffs,

v.                                                                          ORDER
                                                                         Civil No. 07-2502

Seagate US LLC, Seagate Technology,
et al.,
       Defendants.

_____

      Beth E. Bertelson and Andrea R. Ostapowich, Bertelson Law Offices, P.A., and Dorene R. Sarnoski, Dorene R. Sarnoski Law Office Law Office for and on behalf of Plaintiffs.

      Marko J. Mrkonich, Kathryn Mrkonich Wilson and Susan K. Fitzke, Littler Mendelson for and on behalf of Defendants.

_____

      The above-entitled matter comes before the Court upon Defendant's objection to the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated December 28, 2010 granting Plaintiffs' motion for summary judgment as to the Invalidity of the SIRP Releases and denying Defendants' motion for summary judgment regarding all claims asserted by Plaintiff Paul Calcagno. Plaintiffs also object to that portion of the Report and

Recommendation rejecting Plaintiffs' argument that the SIRP Release at issue violated the 45 -day consideration period for such releases under federal law.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court will adopt the Report and Recommendation dated December 28, 2010.

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment as to the Invalidity of 2004 SIRP Releases [Doc. No. 206] is GRANTED; and

2. Defendants' Motion for Summary Judgment Regarding All Claims Asserted by Plaintiff Paul Calcagno [Doc. No. 220] is DENIED.

Date:  <u>February 8, 2011</u>

<u>s/ Michael J. Davis</u>
Michael J. Davis
Chief Judge
United States District Court
