UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Peterson, et al.,
for and on behalf of themselves
and other persons similarly
situated,

        Plaintiffs,

v.                                   ORDER
                                      Civil No. 07-2502

Seagate US LLC, Seagate Technology,
et al.,

        Defendants.
_____

        Dan Kohrman, Laurie McCann and Thomas Osborne, AARP Foundation Litigation, Beth E. Bertelson and Andrea R. Ostapowich, Bertelson Law Offices, P.A., and Dorene R. Sarnoski, Dorene R. Sarnoski Law Office Law Office for and on behalf of Plaintiffs.

        Marko J. Mrkonich, Kathryn Mrkonich Wilson and Susan K. Fitzke, Littler Mendelson for and on behalf of Defendants.
_____

        The above-entitled matter comes before the Court upon Plaintiffs' objection to the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated January 27, 2011 denying Plaintiffs' motion for sanctions based on Defendants' alleged spoliation of electronic data. Plaintiffs assert that the Magistrate Judge's recommendation is based on errors in law and in fact.

1

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court will adopt the Report and Recommendation dated January 27, 2011.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Sanctions Related to the Non-Preservation of Evidence is [Doc. No. 267] is DENIED.

Date:    March 14, 2011

                                            s/ Michael J. Davis  
                                            Michael J. Davis  
                                            Chief Judge  
                                            United States District Court