UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Peterson, et al.,
for and on behalf of themselves
and other persons similarly
situated,
       Plaintiffs,

v.                                             ORDER
                                               Civil No. 07-2502

Seagate US LLC, Seagate Technology,
et al.,
       Defendants.

_____

      Dan Kohrman, Laurie McCann and Thomas Osborne, AARP Foundation Litigation, Beth E. Bertelson and Andrea R. Ostapowich, Bertelson Law Offices, P.A., and Dorene R. Sarnoski, Dorene R. Sarnoski Law Office Law Office for and on behalf of Plaintiffs.

      Marko J. Mrkonich, Kathryn Mrkonich Wilson and Susan K. Fitzke, Littler Mendelson for and on behalf of Defendants.

_____

      This matter is before the Court on Plaintiffs' Objections to Chief Magistrate Judge Arthur J. Boylan's Order dated February 2, 2011 [Doc. No. 360] denying their motion to compel discovery.

      Plaintiffs object to that portion of the Order that denied their request for the production of performance evaluation documents. The Court must modify or

1

set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a).  Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

    Accordingly, the Order of Chief Magistrate Judge Arthur J. Boylan dated February 2, 2011 [Doc. No. 360] is AFFIRMED in all respects.

Date:   March 30, 2011

                                       s/ Michael J. Davis
                                       Michael J. Davis
                                       Chief Judge
                                       United States District Court